

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2014

No. 04-13-00902-CV

**IN RE** Randolph **JACKSON** and Janet Meyers, Individually and as Heirs of the Estate of Matthew Charles Jackson; and Erica Fitts, Individually and as Next Friend of Jasper Charles Jackson, a Minor,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17862
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant's brief was due to be filed in this accelerated appeal on February 26, 2014. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court